# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

135925

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SOUTH MACOMB DISPOSAL AUTHORITY,
       Plaintiff-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY and BROWNFIELD
REDEVELOPMENT BOARD,
       Defendants-Appellees.

SC: 135925
COA: 280209
Macomb CC: 2004-004406-CZ

_____/

      On order of the Court, the application for leave to appeal the January 18, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

_____
Clerk

t0519